UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 08-47342-WSD
DAVID S. DUNGAN  CHAPTER 13 PROCEEDINGS
MAGDALENA DUNGAN  HON. WALTER SHAPERO.DETROIT

Debtors

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DAVID S. DUNGAN<br>MAGDALENA DUNGAN<br>8293 HUDSON<br>WARREN, MI 48089-0000<br>SSN: XXX-XX-6040 or XXX-XX-0342 | N/A | N/A | DEBTOR REFUND | 1310967 | 10/25/10 | $ 365.32 |

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    7690131
DETROIT, MICHIGAN 48231-1930

0847342  00000  017414  1310967
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 10/25/2010　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Check No: 1310967
Payee: CLERK OF US BANKRUPTCY COURT

| 0847342 | DAVID S. DUNGAN & MAGDALENA DUNGAN | | 365.32 | 0.00 | 365.32 |
|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | 0.00 | |

---

**TAMMY L. TERRY**
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79 / 611

**CHECK NO. 1310967**
SunTrust Bank

**FOR** DAVID S. DUNGAN and MAGDALENA DUNGAN
BK:0847342 ACCT:
PRIN: 365.32  INT: 0.00

DATE Oct 25, 2010

AMOUNT
********365.32

**PAY** 365.32
THREE SIX FIVE PERIOD THREE TWO
Three Hundred Sixty-Five And 32 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT
VOID OVER $365.32
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

⑈1310967⑈ ⑆0611007901⑆ 00000057515 6⑈

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 08-47342-WSD
DAVID S. DUNGAN  CHAPTER 13 PROCEEDINGS
MAGDALENA DUNGAN  HON. WALTER SHAPERO.DETROIT

_____ Debtors _____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**CARR & ASSOCIATES
18 FIRST ST
MT CLEMENS, MI 48043**

**Last Known Address for Debtors:**

**DAVID S. DUNGAN
MAGDALENA DUNGAN
8293 HUDSON
WARREN, MI 48089**

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100